

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2015

No. 04-15-00212-CV

**IN THE INTEREST OF R.K.H., A CHILD,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01466
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights. We ORDER court reporter Victoria Gonzalez to file the reporter's record on or before May 18, 2015.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court